In the Matter of the Application of JOSEPH SORIANO, Appellant, for a Writ of Habeas Corpus.

JAMES KANE, Warden of the City Prison of the City of New York, Borough of Brooklyn, Respondent.

*Matter of Soriano* v. *Kane*, 166 App. Div. 935, affirmed.
(Submitted November 17, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

January 15, 1915, which affirmed an order of Special Term dismissing a writ of habeas corpus. Petitioner was imprisoned for failure to comply with an order of a magistrate that he pay a certain sum weekly for the support of a minor child. He contends that the Magistrate's Court had no jurisdiction to entertain the proceedings, and that said order of commitment is null and void by reason of the fact that theretofore the petitioner's wife obtained in the Supreme Court a decree of separation providing that the petitioner pay to her a certain sum per week for her support and for the support of the minor child in question; that he failed to comply with this decree and was thereupon punished for contempt of court, and suffered imprisonment for a term of three months; that because of these facts he was freed from the obligation to support his child, and that he could not be again imprisoned for a failure to do so.

*Franklin Bien* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Order affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.